**DISMISS; and Opinion Filed July 9, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01300-CV

**LARRY DAVIS, Appellant**
**V.**
**CREST AT PARK CENTRAL, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-05139-B**

## MEMORANDUM OPINION

Before Justices Bridges, Brown, and Nowell
Opinion by Justice Brown

Appellant appeals from the trial court's October 24, 2018 order setting the supersedeas bond in a forcible detainer case.[1]  Typically, we would treat this appeal as a motion to review the amount of the supersedeas bond.  However, as detailed below, this issue is now moot.

After reviewing the clerk's record, the Court instructed appellant to file, by May 28, 2019, a letter brief addressing our jurisdiction over this appeal.  We cautioned appellant that failure to comply may result in dismissal of the appeal without further notice.  As of today's date, appellant has not filed a response.

The trial court signed the judgment in the underlying forcible detainer case on October 18, 2018.  A judgment in a forcible detainer case may not be stayed under any circumstances unless

---

[1] On October 18, 2018, the trial court signed a final judgment in the underlying forcible detainer case.  Appellant timely appealed that judgment, and it was assigned appellate cause number 05-18-01299-CV.  That appeal remains pending.

the appellant files a supersedeas bond in the amount set by the trial court within ten days of the date the judgment is signed. *See* TEX. PROP. CODE ANN. § 24.007. Because the underlying forcible detainer judgment can no longer be stayed, review of the order setting the bond is now moot. *See Nat'l Collegiate Athletic Ass'n v. Jones,* 1 S.W.3d 83, 86 (Tex. 1999) (appellate court cannot decide moot controversy). Accordingly, we dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

/Ada Brown/
ADA BROWN
JUSTICE

181300F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

LARRY DAVIS, Appellant

No. 05-18-01300-CV          V.

CREST AT PARK CENTRAL, Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-18-05139-B.
Opinion delivered by Justice Brown. Justices Bridges and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee CREST AT PARK CENTRAL recover its costs of this appeal from appellant LARRY DAVIS.

Judgment entered this 9th day of July, 2019.